

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
January 26, 2018
_____

E FILED ON 01/25/18

THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
2830 S. Jones Blvd., Ste. 3
Las Vegas, NV 89146
(702) 794-0373
Attorney For Debtor
Nevada State Bar No. 3048

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
******

| | | |
|---|---|---|
| In re: | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S-15-16098-BTB |
| MICHAEL A. AULT, JR. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | DATE: January 17, 2018 |
| _____ | ) | TIME: 1:30 p.m. |

### ORDER RE: DEADLINE FOR CONFIRMATION OF PLAN

This matter having come before the Court, THOMAS E. CROWE, ESQ., on behalf

Debtor, it is therefore ORDERED AND DECREED:

///

///

///

///

THAT the §1121(e) deadline for the confirmation of the Plan shall be no later than April 10, 2018.

Respectfully Submitted by:

THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION

By/s/THOMAS E. CROWE
  THOMAS E. CROWE, ESQ.
  2830 S. Jones Blvd., Suite 3
  Las Vegas, Nevada 89146
  Attorney for Debtor


In Accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):
      The Court has waived the requirement set forth in LR 9021(b)(1).
 X   No party appeared at the hearing or filed an objection to the motion.
      I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:
      I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.


                        /s/THOMAS E. CROWE
                        THOMAS E. CROWE, ESQ.


###